## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  May 12, 2016                517189
_____

In the Matter of FREDDIE
    JACKSON,
                    Appellant,

        v                                 MEMORANDUM AND ORDER

ADMINISTRATION OF BARE HILL
    CORRECTIONAL FACILITY
    et al.,
                    Respondents.
_____

Calendar Date:  March 29, 2016

Before:  McCarthy, J.P., Egan Jr., Lynch, Clark and Aarons, JJ.

—————————

        Freddie Jackson, Malone, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Laura Etlinger of counsel), for respondents.

—————————

        Appeal from a judgment of the Supreme Court (McDonough, J.), entered July 10, 2013 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondents' motion to dismiss the petition.

        Petitioner, an inmate, filed a grievance with the Inmate Grievance Resolution Committee challenging his removal from the facility mess hall work program.  The Committee denied the grievance, as did the facility Superintendent on appeal. Subsequently, petitioner submitted a letter to respondent Commissioner of Corrections and Community Supervision seeking reinstatement to the mess hall program.  Petitioner did not, however, appeal the denial of his grievance to the Central Office Review Committee (hereinafter CORC).  He thereafter commenced

this CPLR article 78 proceeding challenging the disposition of his grievance.  Supreme Court granted respondents' motion to dismiss the petition based upon petitioner's failure to exhaust administrative remedies, and he now appeals.

We affirm.  Petitioner's removal from the program was the proper subject of the inmate grievance procedure, requiring that he follow the protocol of the administrative appeal procedure by appealing the Superintendent's denial to CORC (see 7 NYCRR 701.3; 701.5; Matter of Fulton v Reynolds, 83 AD3d 1308, 1308-1309 [2011]).  Inasmuch as petitioner failed to appeal to CORC, Supreme Court properly dismissed the petition for failure to exhaust administrative remedies (see Matter of Fulton v Reynolds, 83 AD3d at 1308-1309; Matter of Fernandez v Goord, 53 AD3d 961, 961-962 [2008]).

McCarthy, J.P., Egan Jr., Lynch, Clark and Aarons, JJ., concur.


ORDERED that the judgment is affirmed, without costs.




ENTER:



Robert D. Mayberger
Clerk of the Court